USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

**JOEL M. STEIN, ESQ.**
ATTORNEY AT LAW
39 BROADWAY
SUITE 2420
NEW YORK, NEW YORK 10006

(212) 344-8008
FAX: (212) 571-0860



Re: USA v. Gray, et al.
07 CR 971 (RPP)

Judge Robert P. Patterson
United States Courthouse
500 Pearl St.
New York, NY 10007

BY HAND

**MEMO ENDORSED**

Dear Judge Patterson:

The defendant Reuben Miranda requests that the Court request or recommmend to the Bureau of Prisons that Reuben Miranda be housed in the same unit at the Metropolitan Correction Center as his brother, his co-defendant Marco Miranda. To my knowledge, there is no separation order between them. Since their family resides in Texas, this accomodation would be a great consolation to them.

In addition, Reuben Miranda requests that the Bureau of Prisons makes arrangements to provide him with a new pair of contact lenses. His present pair is of a disposable nature and therefore has a limited duration. Although Mr. Miranda has made numerous requests to the prison, to date they have been unresponsive.

cc: AUSA John Zack
    (by fax)

Very truly yours,

*[signature]*

Joel M. Stein, Esq.
Counsel to Reuben Miranda

**See attached typed
Memo Endorsement**

*[Handwritten endorsement:]* Application granted. So that the defendant Reuben Miranda may review discovery materials at the MCC, the MCC is ordered to provide him with disposable contact lenses. The MCC's attention is called to the defendant's request to be housed in the same unit as his brother Marco Miranda. If such transfer does not violate a separation order or prison regulations the MCC is requested to grant the transfer. So ordered. /s/ Robert P. Patterson 5/12/08

**USA v. Ruben Miranda, 07cr971(RPP)**

*Memo Endorsement reads*:

Application granted.
     So that the defendant Ruben Miranda may review discovery materials at the MCC, the MCC is ordered to provide him with disposable contact lenses.
     The MCC's attention is called to the defendant's request to be housed in the same unit as his brother, Marco Miranda. If such transfer does not violate a separation order or prison regulations, the MCC is requested to grant the transfer.

                                    SO ORDERED.
                                    Robert P. Patterson, Jr.   USDJ
                                    5/12/08